## Petronella Daraska, Appellee, v. Anna Dauksha, Appellant.

### Gen. No. 43,371.

Heard in the second division, first district, this court at the April term, 1945; opinion filed December 18, 1945; released for publication January 2, 1946. Leon S. Mikelons and G. A. Buresh, for appellant; Callahan & Callahan and Ward H. Harris, for appellee; Francis J. Callahan and Ward H. Harris, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.